Priscilla P. DAVIS, Appellant,

v.

RUTHERFORD COUNTY, Tennessee,
Eire Strayer Co., Southern
Machinery Co., Appellees.

Supreme Court of Tennessee.

June 13, 1977.

PER CURIAM.

OPINION

This controversy is foreclosed by the opinion of this Court in *Cooper v. Rutherford County*, 531 S.W.2d 783 (1975). Each member of the Court adheres to the views he expressed in that action.

AFFIRMED.